UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JAMES LAVESPERE, Plaintiff | CIVIL ACTION NO. 1:20-CV-00056 |
| VERSUS | JUDGE SUMMERHAYS |
| TERMINIX INTERNATIONAL CO. L.P., Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Lavespere's Motion to Remand (ECF No. 8) is GRANTED for lack of jurisdiction.

IT IS FURTHER ORDERED that Lavespere's Motion for Attorney's Fees (ECF No. 8) is DENIED.

IT IS FURTHER ORDERED that this case is REMANDED to the Alexandria City Court, Rapides Parish.

THUS ORDERED AND SIGNED in chambers in Lafayette, Louisiana on this 9th day of December, 2020.

ROBERT R. SUMMERHAYS, JUDGE
UNITED STATES DISTRICT COURT